B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION (CHICAGO) | Voluntary Petition |
|---|---|

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Holmes, Lewis** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-5832** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **1444 Oxford Des Plaines IL 60018** ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: COOK | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

### Type of Debtor
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (4/10)                                                                                                Page 3

| **Voluntary Petition** | Name of Debtor(s): **Lewis Holmes** |
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Lewis Holmes* (signature)
_____
**Lewis Holmes**

X _____

**(847) 924-4364**
_____
Telephone Number (If not represented by attorney)
**08/01/2010**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **Debtor not represented by attorney**
_____
                                    Bar No.

Phone No. _____ Fax No. _____

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Andria Guerra**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

**336.56.3022**
_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

**6135 N Northwest Hwy**
**Chicago, IL 60631**

Address
X *Andria Guerra* (signature)
_____
**08/01/2010**
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B1 (Official Form 1) (4/10)                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): **Lewis Holmes** |
|---|---|
| *(This page must be completed and filed in every case.)* | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>                                                                                         Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1D (Official Form 1, Exhibit D) (12/09)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

In re:    Lewis Holmes

Case No. _____

(if known)

Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re:   Lewis Holmes

Case No. _____

(if known)

Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

   ☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: _____
                          Lewis Holmes

Date: _____08/01/2010_____

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re  **Lewis Holmes**

Case No.

Chapter    **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $66,058.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $12,991.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | $224,062.15 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $3,230.21 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $4,023.00 |
| TOTAL | | 28 | $66,058.00 | $237,053.15 | |

Form 6 - Statistical Summary (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re  **Lewis Holmes**

Case No.

Chapter    **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | $0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $3,230.21 |
| Average Expenses (from Schedule J, Line 18) | $4,023.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $4,592.43 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $224,062.15 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $224,062.15 |

B6A (Official Form 6A) (12/07)

In re  **Lewis Holmes**

Case No. _____

(if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | | **Total:** $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Lewis Holmes**

Case No. _____

(if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | cash | - | $800.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Savings Credit Union, Sherwin-Williams, 16230 Prince Drive, South Holland IL 60473.3233 #32129004 | - | $108.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Bedroom furniture, dishes, TV, computer, household items | - | $1,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Family clothing & shoes | - | $300.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Lewis Holmes**

Case No. _____

(if known)

# SCHEDULE B - PERSONAL PROPERTY

Continuation Sheet No. 1

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | Retirement account from employment at Nicor | - | $50,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | | Monthly Child support received $350 a month began August 2010 | - | $350.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Lewis Holmes**

Case No. _____
(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Honda Ridgeline - 2008 with 77,000 miles kbb.com valued at $13,000 | - | $13,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Lewis Holmes**

Case No. _____

(if known)

# SCHEDULE B - PERSONAL PROPERTY

Continuation Sheet No. 3

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

(Include amounts from any continuation sheets attached.          3          continuation sheets attached          Total >          $66,058.00
Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **Lewis Holmes**

Case No. _____

(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)

☑  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| cash | | | |
| Checking | | $800.00 | $800.00 |
| Savings Credit Union, Sherwin-Williams, 16230 Prince Drive, South Holland IL 60473.3233 # 32129004 | | $108.00 | $108.00 |
| Bedroom furniture, dishes, TV, computer, household items | | $1,500.00 | $1,500.00 |
| Family clothing & shoes | | | |
| Retirement account from employment at Nicor | | $300.00 | $300.00 |
| Monthly Child support received $350 a month began August 2010 | | $50,000.00 | $50,000.00 |
| Honda Ridgeline - 2008 with 77,000 miles kbb.com valued at $13,000 | | $350.00 | $350.00 |
| | | $13,000.00 | $13,000.00 |
| | | $66,058.00 | $66,058.00 |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Lewis Holmes**

CASE NO

CHAPTER   **7**

# SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

## Exemption Totals by Category:

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|--------------------|------------------------|
| N/A | Real Property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1. | Cash on hand. | $800.00 | $800.00 | $0.00 | $800.00 | $0.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $108.00 | $108.00 | $0.00 | $108.00 | $0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Household goods and furnishings, including audio, video... | $1,500.00 | $1,500.00 | $0.00 | $1,500.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Wearing apparel. | $300.00 | $300.00 | $0.00 | $300.00 | $0.00 |
| 7. | Furs and jewelry. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Interests in insurance policies. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Education IRAs. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Interests in IRA, ERISA, Keogh... | $50,000.00 | $50,000.00 | $0.00 | $50,000.00 | $0.00 |
| 13. | Stock and interests in incorporated... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Alimony, maintenance, support, and property settlement to which the..... | $350.00 | $350.00 | $0.00 | $350.00 | $0.00 |
| 18. | Other liquidated debts owed debtor... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Other contingent and unliquidated claims of every nature..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Lewis Holmes**

CASE NO

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|---------------------|------------------------|
| 22. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Licenses, franchises, and other.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Customer Lists. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Automobiles, trucks, trailers, vehicles... | $13,000.00 | $12,991.00 | $9.00 | $13,000.00 | $0.00 |
| 26. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Office equipment, furnishings... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Machinery, fixtures used in business. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Animals. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other personal property of any kind. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$66,058.00** | **$66,049.00** | **$9.00** | **$66,058.00** | **$0.00** |

**Surrendered Property:**

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---------------------|--------------|------|--------|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

**Non-Exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---------------------|--------------|------|--------|-------------------|
| **Real Property** | | | | |
| (None) | | | | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  Lewis Holmes

CASE NO

CHAPTER    7

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Personal Property**
(None)

TOTALS:                                          $0.00        $0.00        $0.00              $0.00

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | $66,058.00 |
| B. Gross Property Value of Surrendered Property | $0.00 |
| C. Total Gross Property Value (A+B) | $66,058.00 |
| D. Gross Amount of Encumbrances (not including surrendered property) | $66,049.00 |
| E. Gross Amount of Encumbrances on Surrendered Property | $0.00 |
| F. Total Gross Encumbrances (D+E) | $66,049.00 |
| G. Total Equity (not including surrendered property)  /  (A-D) | $9.00 |
| H. Total Equity in surrendered items  (B-E) | $0.00 |
| I.  Total Equity  (C-F) | $9.00 |
| J.  Total Exemptions Claimed | $66,058.00 |
| K. Total Non-Exempt Property Remaining  (G-J) | $0.00 |

B6D (Official Form 6D) (12/07)

In re  **Lewis Holmes**

Case No. _____
                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxx0021 <br><br> **Sherwin Williams Credit Union** <br> **16230 Prince Drive** <br> **South Holland IL 60473.3233** | | - | DATE INCURRED: **03/01/08** <br> NATURE OF LIEN: **Credit Card** <br> COLLATERAL: <br> **Honda Ridgeline - 2008 with 77,000 miles** <br> REMARKS: <br><br> VALUE: **$13,000.00** | | | | $12,991.00 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | | $12,991.00 | $0.00 |
| | | | Total (Use only on last page) > | | | | $12,991.00 | $0.00 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

____**No**_____continuation sheets attached

B6E (Official Form 6E) (04/10)

In re **Lewis Holmes**                                    Case No. _____
                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)
In re   **Lewis Holmes**

Case No. _____
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-7291**<br>**Academy Collection Service, Inc.**<br>**PO Box 16119**<br>**Philadelphia, PA 19114-0119** | | - | DATE INCURRED:  **04/13/10**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | **$4,348.74** |
| ACCT #:  **x6050**<br>**Activity Collection Service, INC.**<br>**664 Milwaukee Ave**<br>**Prospect Heights, IL 60070** | | - | DATE INCURRED:  **07/01/08**<br>CONSIDERATION:<br>**Collecting for - Copeland Diane**<br>REMARKS: | | | | **$380.00** |
| ACCT #:  **xxxxx7002**<br>**Advocate Lutheran General Hospital**<br>**Advocate Health Care**<br>**PO Box 73208**<br>**Chicago IL 60673.7208** | | | DATE INCURRED:  **05/18/10**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$60.00** |
| ACCT #:  **x xxlmes**<br>**Advocate Lutheran General Hospital**<br>**1775 W Dempster**<br>**Park Ridge, IL 60068** | | - | DATE INCURRED:  **05/01/08**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$277.00** |
| ACCT #:  **x xxlmes**<br>**Advocate Medical Group**<br>**1775 W Dempster**<br>**Park Ridge, IL 60068** | | - | DATE INCURRED:  **06/01/07**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$800.00** |
| ACCT #:  **xxxx7081**<br>**ARM Account Receivable Management, Inc**<br>**PO Box 129**<br>**Thorofare, NJ 08086-0129** | | - | DATE INCURRED:  **07/21/10**<br>CONSIDERATION:<br>**Collection Agency for Target National Bank**<br>REMARKS: | | | | **$2,786.74** |

Subtotal >  $8,652.48

_____15_____ continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lewis Holmes**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxx9816<br>Armor Systems Co<br>1700 Kiefer Drive, Suite 1<br>Zion IL 60099.5105 | | - | DATE INCURRED:  **12/7/09**<br>CONSIDERATION:<br>**Collecting for - Elk Grove Village PD**<br>REMARKS:<br>**#1702100055109021** | | | | $200.00 |
| ACCT #:   xxxx6134<br>Attorney Arnold Scott Harris<br>600 W Jackson Blvd, Ste 720<br>Chicago, IL 60661 | | - | DATE INCURRED:  **12/27/08**<br>CONSIDERATION:<br>**Collecting for - IL State Toll Highway**<br>REMARKS: | | | | $212.00 |
| ACCT #:   xxxx-xxxx-xxxx-7834<br>Barclays Bank Delaware<br>1007 N Orange St<br>Wilmington, DE 19801 | | - | DATE INCURRED:  **1/5/10**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,730.41 |
| ACCT #:   xxxxxxx2.108<br>CAC Financial Corp<br>2601 NW Exprswy, Ste 1000 E<br>Oklahoma City OK 73112.7236 | | - | DATE INCURRED:  **1/16/10**<br>CONSIDERATION:<br>**Collecting for - GEMB/JC Penney**<br>REMARKS: | | | | $697.75 |
| ACCT #:   xxxx-xxxx-xxxx-8579<br>Capital One Bank (USA), N.A.<br>PO Box 6492<br>Carol Stream IL 60197-6492 | | - | DATE INCURRED:  **04/01/05**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $4,755.00 |
| ACCT #:   xxxx-xxxx-xxxx-3566<br>Capital One Bank (USA), N.A.<br>PO Box 6492<br>Carol Stream IL 60197-6492 | | - | DATE INCURRED:  **10/4/09**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,641.53 |

Sheet no. ___1___ of ___15___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $10,236.69

Total > |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re    **Lewis Holmes**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Capital One Bank (USA), N.A.** | | | Capital One PO Box 71083 Charlotte NC 28272-1083 | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-4726** **Central Credit Services Inc.** **PO Box 15118** **Jacksonville FL 32239.5118** | | - | DATE INCURRED: 1/13/10 CONSIDERATION: **Collecting for - Equable/Chase** REMARKS: **5425699** | | | | **$12,310.32** |
| ACCT #:  **xxxx-xxxx-xxxx-3868** **Chase** **PO Box 15153** **Wilmington, DE 19886-5153** | | - | DATE INCURRED: 08/01/07 CONSIDERATION: **Credit Card** REMARKS: | | | | **$792.65** |
| ACCT #:  **xxxx-xxxx-xxxx-4750** **Chase** **PO Box 15548** **Wilmington, DE 19886-5548** | | - | DATE INCURRED: 09/01/05 CONSIDERATION: **Credit Card** REMARKS: | | | | **$4,602.75** |
| ACCT #:  **xxxx-xxxx-xxxx-4726** **Chase** **PO Box 15548** **Wilmington, DE 19886-5548** | | - | DATE INCURRED: 11/28/09 CONSIDERATION: **Credit Card** REMARKS: | | | | **$12,310.32** |
| ACCT #:  **xxxx-xxxx-xxxx-4911** **Citi** **Box 6000** **Processing Center** **Las Vegas NV 89163.6000** | | - | DATE INCURRED: 06/15/10 CONSIDERATION: **Credit Card** REMARKS: | | | | **$2,848.67** |

Sheet no. __2__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $32,864.71

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lewis Holmes**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx xxlmes**<br>**Citibank, N.A./The Home Depot**<br>**701 E 60th street**<br>**Sioux Falls, SD 57104** | | - | DATE INCURRED:  **01/17/2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $885.24 |
| ACCT #:  **xxxxx3029**<br>**Client Services, Inc.**<br>**3451 Harry Truman Blvd**<br>**St Charles, MO 63301-4047** | | - | DATE INCURRED:  **1/17/10**<br>CONSIDERATION:<br>**Collecting for - Citibank - Home Depot**<br>REMARKS: | | | | $885.24 |
| ACCT #:  **xxxxx1044**<br>**Comed**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0002** | | - | DATE INCURRED:  **07/09/10**<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | $576.73 |
| ACCT #:  **xx8494**<br>**Computer Credit Service Corp**<br>**PO Box 60201**<br>**Chicago IL 60660** | | - | DATE INCURRED:  **03/01/08**<br>CONSIDERATION:<br>**Collecting for - Oberweis Dairy**<br>REMARKS: | | | | $47.00 |
| ACCT #:  **xxx2566**<br>**Cook Law Magistrate**<br>**5600 Old Orchard Room**<br>**Skokie IL 60077** | | - | DATE INCURRED:  **07/01/05**<br>CONSIDERATION:<br>**Civil Claim**<br>REMARKS: | | | | $3,924.00 |
| ACCT #:  **xxx4799**<br>**Corporate Receivables, Inc.**<br>**PO Box 32995**<br>**Phoenix AZ 85064.2995** | | - | DATE INCURRED:  **1/8/10**<br>CONSIDERATION:<br>**Collecting for - HSBC Bank Nevada**<br>REMARKS:<br>**# xx7581** | | | | $2,169.38 |

Sheet no. ___3___ of ___15___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   | $8,487.59

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lewis Holmes**                                        Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxx9178<br>Creditors Financial Group, LLC<br>PO Box 440290<br>Aurora, CO 80044-0290 | | - | DATE INCURRED: 1/31/10<br>CONSIDERATION:<br>Collecting for - LVNV Funding/HSBC Bank<br>REMARKS:<br>#7021270339867581 | | | | $2,169.38 |
| ACCT #:  x xxlmes<br>Diane Copeland<br>707 Lake Cook Road, Ste 100<br>Deerfield IL 60015 | | | DATE INCURRED: 07/01/08<br>CONSIDERATION:<br>Medical<br>REMARKS: | | | | $380.00 |
| ACCT #:  xxxxxxxxxxxx9021<br>Elk Grove Village<br>Photo Enforcement Program<br>Dept #0125 PO Box 5905<br>Carol Stream IL 60197.5905 | | - | DATE INCURRED: 7/31/09<br>CONSIDERATION:<br>Ticket<br>REMARKS:<br>#5321384 | | | | $100.00 |
| ACCT #:  xxxx1314<br>Encore Receivable Managment Inc.<br>400 N Rogers Road<br>PO Box 3330<br>Olathe KS 66063.3330 | | - | DATE INCURRED: 06/10/10<br>CONSIDERATION:<br>Collecting for - Equable Ascent Financial<br>REMARKS: | | | | $12,310.32 |
| ACCT #:  xxxx-xxxx-xxxx-4750<br>Enhanced Recovery Corp<br>8014 Bayberry Road<br>Jacksonville FL 32256 | | - | DATE INCURRED: 1/11/10<br>CONSIDERATION:<br>Collecting for - Chase Bank/WAMU<br>REMARKS:<br>ref # 26393682 | | | | $4,602.75 |
| ACCT #:  xxx2622<br>Equable Ascent Financial LLC<br>1120 W Lake Cook Road, Ste B<br>Buffalo Grove IL 60089 | | - | DATE INCURRED: 01/01/10<br>CONSIDERATION:<br>Collecting for - Chase Bank<br>REMARKS:<br>4559-5450-0097-4726 | | | | $12,310.32 |

Sheet no. ___4___ of ___15___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $31,872.77

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lewis Holmes**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx2154<br>**Freedman Anselmo Lindberg & Rappe LLC**<br>1807 West Diehl Rd, #333<br>PO Box 3228<br>Naperville, IL 60566-7228 | | - | DATE INCURRED:  04/27/10<br>CONSIDERATION:<br>**Collecting for - Capitol One Bank**<br>REMARKS: | | | | $4,516.89 |
| ACCT #:  xxxx3077<br>**Freedman Anselmo Lindberg & Rappe LLC**<br>1807 West Diehl Rd, #333<br>PO Box 3228<br>Naperville, IL 60566-7228 | | - | DATE INCURRED:  5/4/10<br>CONSIDERATION:<br>**Collecting for - Capital One**<br>REMARKS: | | | | $2,181.14 |
| ACCT #:  xxxx-xxxx-xxxx-4911<br>**GC Services**<br>Collection Agency Division<br>6330 Gulfton<br>Houston TX 77081 | | | DATE INCURRED:  11/19/09<br>CONSIDERATION:<br>**Collection Agency for Citibank (SD)**<br>REMARKS: | | | | $2,848.67 |
| ACCT #:  xxxxxxxxxxxx0600<br>**GE Money Bank**<br>PO Box 960061<br>Orlando FL 32896-0061 | | - | DATE INCURRED:  12/9/09<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $580.02 |
| ACCT #:  xxxxxxxxxxxx5778<br>**GEMB/JCP**<br>PO Box 984100<br>El Paso, TX 79998 | | - | DATE INCURRED:  12/01/04<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $697.75 |
| ACCT #:  xxxx-xxxx-xxxx-4649<br>**GEMB/LOWES**<br>PO Box 103065<br>Roswell, GA 30076 | | - | DATE INCURRED:  03/10/10<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $5,404.21 |

Sheet no. ___5___ of ___15___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $16,228.68

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lewis Holmes**                                                            Case No. _____

                                                                                                    (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx-xxxx-xxxx-7291<br>**GEMB/Meijer**<br>ATTN:  BK Dept.<br>PO Box 103104<br>Roswell GA 30076 | | - | DATE INCURRED:  **10/7/09**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $4,348.74 |
| ACCT #:  xxxxxxxxxxxx7903<br>**GEMB/Meijer**<br>ATTN:  BK Dept<br>PO Box 103104<br>Roswell GA 30076 | | | DATE INCURRED:  **09/01/04**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,000.00 |
| ACCT #:  xxxxxxxxxxxx0600<br>**GEMB/SAMS CLUB**<br>PO BOX 981400<br>EL PASO, TX 79998 | | - | DATE INCURRED:  **5/1/09**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $600.00 |
| ACCT #:  x 7903<br>**Genpact Service LLC**<br>PO Box 960015<br>Orlando FL 32896.0015 | | | DATE INCURRED:  **10/7/09**<br>CONSIDERATION:<br>**Collecting for - GE Money Bank/Meijer**<br>REMARKS: | | | | $4,242.00 |
| ACCT #:  xx xxxxxxxx3915<br>**Genpact Service LLC**<br>**GEMB/Meijer Mastercard**<br>PO Box 960015<br>Orlando FL 32896.0015 | | - | DATE INCURRED:  **10/01/09**<br>CONSIDERATION:<br>**Collecting for - GE Money Bank**<br>REMARKS:<br>**5148655021017291** | | | | $4,242.00 |
| ACCT #:  xxxx3086<br>**Global Credit & Collection Corp**<br>PO Box 71083<br>Charlotte NCX 28272.1083 | | | DATE INCURRED:  **11/23/09**<br>CONSIDERATION:<br>**Collecting for - Capital One Bank**<br>REMARKS: | | | | $2,641.53 |

Sheet no. ___6___ of ___15___ continuation sheets attached to                                  Subtotal >      | $17,074.27 |

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    Total >

                                       (Use only on last page of the completed Schedule F.)
                                       (Report also on Summary of Schedules and, if applicable, on the
                                       Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lewis Holmes**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:   xxxx7306<br>Harris & Harris LTD<br>222 Merchandise Mart Plaza,  suite 1900<br>Chicago, IL 60654 | | - | DATE INCURRED:  05/01/08<br>CONSIDERATION:<br>Collecting for - Advocate-Luthern<br>REMARKS: | | | | $277.00 |
| ACCT #:   xxxx5704<br>Harris & Harris LTD<br>222 Merchandise Mart Plaza,  suite 1900<br>Chicago, IL 60654 | | | DATE INCURRED:  04/01/07<br>CONSIDERATION:<br>Collecting for - Will County<br>REMARKS: | | | | $100.00 |
| ACCT #:   xxxx6686<br>Harris & Harris LTD<br>222 Merchandise Mart Plaza,  suite 1900<br>Chicago, IL 60654 | | | DATE INCURRED:  04/01/07<br>CONSIDERATION:<br>Collecting for - Will County<br>REMARKS: | | | | $100.00 |
| ACCT #:   xxxx xxxx xxxx 3948<br>Home Depot Credit Services<br>PO Box 689100<br>Des Moines, IA 50368-9100 | | - | DATE INCURRED:  02/01/08<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $885.00 |
| Representing:<br>Home Depot Credit Services | | | Citicorp Credit Services Inc<br>PO Box 653095<br>Dallas TX 75265 | | | | Notice Only |
| ACCT #:   xxxx-xxxx-xxxx-7581<br>HSBC Retail Services<br>PO Box 17298<br>Baltimore MD 21297-1298 | | - | DATE INCURRED:  01/01/10<br>CONSIDERATION:<br>Charge account<br>REMARKS: | | | | $2,169.38 |

Sheet no. ____7____ of ____15____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $3,531.38

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lewis Holmes**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Representing: HSBC Retail Services | | | Corporate Receivables Inc PO Box 32995 Phoenix AZ 85064-2995 | | | | Notice Only |
| ACCT #:  xxxxxxxxxxx7581 HSBC/Best Buy PO Box 4144 Carol Stream IL 60197-9195 | | - | DATE INCURRED:  01/31/10 CONSIDERATION: **Credit Card** REMARKS: | | | | $2,169.38 |
| ACCT #:  xxxxxxxxxxxx5778 JC Penney PO Box 981426 El Paso TX 7998.1426 | | - | DATE INCURRED:  6/22/10 CONSIDERATION: **Credit Card** REMARKS: | | | | $697.75 |
| ACCT #:  xxxxxxxxxxxx5778 JC Penney - GEMB BK Dept Box 103104 Roswell GA 30076 | | - | DATE INCURRED:  9/1/09 CONSIDERATION: **Credit Card** REMARKS: | | | | $697.75 |
| ACCT #:  xx0093 John P Kenney DDS 101 S Washington Suite 114 Park Ridge IL 60068.4290 | | - | DATE INCURRED:  07/3/10 CONSIDERATION: **Medical** REMARKS: | | | | $324.80 |
| ACCT #:  x 7834 Juniper Card Services PO Box 13337 Philadelphia, PA 19101-3337 | | - | DATE INCURRED:  07/20/09 CONSIDERATION: **Credit Card** REMARKS: | | | | $180.00 |

Sheet no. __8__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $4,069.68

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Lewis Holmes**

Case No. _____
                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx-xxxx-xxxx-7834<br>Juniper Card Services<br>PO Box 13337<br>Philadelphia, PA 19101-3337 | | - | DATE INCURRED:  1/5/10<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,730.41 |
| ACCT #:  xx-xxxx-x5652<br>Kohl's Payment Center<br>PO Box 2983<br>Milwaukee WI 53201 | | - | DATE INCURRED:  04/01/04<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $679.16 |
| Representing:<br>Kohl's Payment Center | | | Sentry Credit Inc<br>PO Box 12070<br>Everett WA 98206-2070 | | | | Notice Only |
| ACCT #:  xxxxxxxxxxxx0835<br>Lane Bryant<br>PO Box 408<br>Milford OH 45150.0408 | | - | DATE INCURRED:  10/01/09<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $547.53 |
| ACCT #:  xxxx7191<br>Leading Edge Recovery Solutions<br>5440 N Cumberland Ave, Ste 300<br>Chicago, IL 60656-1490 | | - | DATE INCURRED:  11/16/09<br>CONSIDERATION:<br>**Collecting for - Target National Bank Visa**<br>REMARKS: | | | | $2,786.74 |
| ACCT #:<br>Lewis C Holmes<br>1903 Lakewood<br>Wilmington IL 60481 | | - | DATE INCURRED:  05/15/08<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $6,500.00 |

Sheet no. ___9___ of ___15___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $12,243.84

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lewis Holmes**

Case No. _____
                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> Lighthouse Wellness Center <br> Joanna Hanna <br> PO Box 21 <br> Manteno IL 60950 | | - | DATE INCURRED: 12/28/09 <br> CONSIDERATION: Services <br> REMARKS: | | | | $3,600.00 |
| ACCT #: xxxx xx2808 <br> Louis S. Freedman <br> Freedman Anselmo Lindberg LLC <br> PO Box 3228 <br> Naperville IL 60566.7228 | | - | DATE INCURRED: 03/01/01 <br> CONSIDERATION: Collecting for - Capital One <br> REMARKS: | | | | $2,641.53 |
| ACCT #: xxx xxxxxxxxxxxx4649 <br> LTD Financial Services, LP <br> 7322 Southwest Freeway, Suite 1600 <br> Houston, TX 77074 | | - | DATE INCURRED: 05/09/10 <br> CONSIDERATION: Collecting for - GE Money Bank <br> REMARKS: | | | | $5,404.21 |
| ACCT #: xxxxxxxxxxxx7581 <br> LVNV Funding LLC <br> PO Box 10497 <br> Greenville, SC 29603 | | - | DATE INCURRED: 06/01/10 <br> CONSIDERATION: Collecting for - HSBC Bank Nevada <br> REMARKS: | | | | $2,169.38 |
| ACCT #: xxxxxx9719 <br> Midland Credit Management, Inc <br> PO Box 60578 <br> Los Angeles, CA 90060.0578 | | - | DATE INCURRED: 06/10/10 <br> CONSIDERATION: Collecting for - GE Money Bank <br> REMARKS: | | | | $634.00 |
| ACCT #: xxxxxx0053 <br> Midland Credit Management, Inc <br> PO Box 60578 <br> Los Angeles, CA 90060.0578 | | - | DATE INCURRED: 05/01/10 <br> CONSIDERATION: Collecting for - Chase Bank <br> REMARKS: | | | | $4,603.00 |

Sheet no. ___10___ of ___15___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $19,052.12

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lewis Holmes**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxxx6000<br>**Midland Funding, LLC - GE** | | - | DATE INCURRED: **12/9/09**<br>CONSIDERATION:<br>**Collecting for - GE Money Bank**<br>REMARKS: | | | | $580.02 |
| ACCT #: xxxx5897<br>**Monarch Recovery Managment, Inc.**<br>**10965 Decatur Road**<br>**Philadelphia PA 19154.3210** | | - | DATE INCURRED: **04/13/10**<br>CONSIDERATION:<br>**Collecting for - GEMB Meijer**<br>REMARKS: | | | | $4,348.74 |
| ACCT #: xxxxx2059<br>**National Enterprise Systems (NES)**<br>**29125 Solon Road**<br>**Solon OH 44139.3442** | | - | DATE INCURRED: **03/10/2010**<br>CONSIDERATION:<br>**Collecting for - GE MB/Lowe's Paragon**<br>REMARKS: | | | | $5,404.21 |
| ACCT #: xxx8725<br>**National Enterprise Systems (NES)**<br>**29125 Solon Road**<br>**Solon OH 44139.3442** | | - | DATE INCURRED: **9/14/09**<br>CONSIDERATION:<br>**Collecting for - Target Visa**<br>REMARKS: | | | | $2,786.74 |
| ACCT #: xxxxxxxxxxxx5778<br>**Nationwide Credit, Inc.**<br>**2015 Vaughn Rd NW, Suite 400**<br>**Kennesaw GA 30144.7802** | | - | DATE INCURRED: **06/22/10**<br>CONSIDERATION:<br>**Collecting for - JC Penney - GE Money**<br>REMARKS: | | | | $697.75 |
| ACCT #: xxxxxxxxxxxx7903<br>**Nationwide Credit, Inc.**<br>**2015 Vaughn Rd NW, Suite 400**<br>**Kennesaw GA 30144.7802** | | - | DATE INCURRED: **04/13/2010**<br>CONSIDERATION:<br>**Collecting for - Meijer - GEMB**<br>REMARKS: | | | | $512.43 |

Sheet no. ___11___ of ___15___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $14,329.89

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lewis Holmes**                                   Case No. _____

                                                                    (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-3566**<br>NCO Financial Systems Inc<br>4740 Baxter Road<br>Virginia Beach VA 23462 | | - | DATE INCURRED: **10/7/09**<br>CONSIDERATION:<br>**Collecting for - Capitol One Bank**<br>REMARKS: | | | | $2,641.53 |
| ACCT #:  **xxxxxxxxxxxx5778**<br>NCO Financial Systems, Inc<br>4740 Baxter Road<br>Virginia Beach VA 23462 | | - | DATE INCURRED: **12/28/09**<br>CONSIDERATION:<br>**Collecting for - GEMB JC Penney**<br>REMARKS: | | | | $697.75 |
| ACCT #:  **xxxx-xxxx-xxxx-7834**<br>Nelson, Watson & Associates, LLC<br>80 Merrimack Street Lower Lvl<br>Haverhill MA 01830 | | - | DATE INCURRED: **4/6/10**<br>CONSIDERATION:<br>**Collecting for - Barclays Bank Deleware**<br>REMARKS: | | | | $1,730.41 |
| ACCT #:  **xx7834**<br>Northstar Location Service<br>Financial Services Dept.<br>4285 Genesee St<br>Cheektowaga NY 14225 | | - | DATE INCURRED: **1/5/10**<br>CONSIDERATION:<br>**Collecting for - Barclays Bank**<br>REMARKS: | | | | $1,730.41 |
| ACCT #:  **x xxlmes**<br>Oberweis Dairy<br>951 Ice Cream Drive<br>North Aurora IL 60542 | | - | DATE INCURRED: **03/01/08**<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | $47.00 |
| ACCT #:  **xxxxx2059**<br>Paragon Way, Inc.<br>PO Box 42829<br>Austin TX 78704.0044 | | - | DATE INCURRED: **03/10/2010**<br>CONSIDERATION:<br>**Collecting for - GEMB/Lowe's**<br>REMARKS: | | | | $5,404.21 |

Sheet no. ____12____ of ____15____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $12,251.31

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lewis Holmes**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxx0499 <br> Pentagroup Financial, LLC <br> PO Box 742209 <br> Houston, TX 77274-2209 | | - | DATE INCURRED: 12/9/09 <br> CONSIDERATION: <br> Collecting for - GE Money Bank <br> REMARKS: | | | | $580.02 |
| ACCT #: xxxx-xxxx-xxxx-4649 <br> Precision Recovery Analytics | | - | DATE INCURRED: 05/09/10 <br> CONSIDERATION: <br> Collecting for - GE Money/Lowe's Visa <br> REMARKS: | | | | $5,404.21 |
| ACCT #: xxx xxx5238 <br> Prof Bur of Collect of Marlyand, Inc. <br> PO BOX 628 <br> Elk Grove CA 95759.0628 | | - | DATE INCURRED: 11/09/09 <br> CONSIDERATION: <br> Collecting for - GEMB/Meijer <br> REMARKS: <br> 6005065010307903 | | | | $512.43 |
| ACCT #: xxx xxx5381 <br> Professional Bureau of Collect. Maryland <br> PO BOX 628 <br> Elk Grove CA 95759.0628 | | - | DATE INCURRED: 11/9/09 <br> CONSIDERATION: <br> Credit Card <br> REMARKS: <br> 5148-6550-2101-7291 | | | | $4,348.74 |
| ACCT #: x xxlmes <br> Resurgent Capital Sercies L.P. <br> PO Box 10497 <br> Greenville SC 29603 | | - | DATE INCURRED: 01/31/10 <br> CONSIDERATION: <br> Credit Card <br> REMARKS: | | | | $2,169.38 |
| ACCT #: xxxxx xxlmes <br> Robert F Harris/Krstin K Woods <br> Office - Public Guardian No. 70500 <br> 69 W Washington St, 7th Floor <br> Chicago IL 60602 | | - | DATE INCURRED: 01/01/10 <br> CONSIDERATION: <br> Public Guardian <br> REMARKS: | | | | $2,184.00 |

Sheet no. ___13___ of ___15___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $15,198.78

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lewis Holmes**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxx4057<br>Sprint<br>6391 Sprint Parkway<br>Overland Park KS 66251.4300 | | - | DATE INCURRED: 12/13/09<br>CONSIDERATION:<br>**Phone**<br>REMARKS: | | | | $170.70 |
| ACCT #:  xxxx-xxxx-xxxx-5560<br>Target NB<br>PO Box 9475<br>Minneapolis, MN 55440 | | | DATE INCURRED: 09/11/09<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**ref: 00031289092** | | | | $2,786.74 |
| ACCT #:  xxlmes<br>Teresa Hoffman Liston<br>5901 Dempster Street, Suite 200<br>Morton Grove IL 60053 | | - | DATE INCURRED: 02/24/2010<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $6,000.00 |
| ACCT #:  xxxxxxxx5652<br>Tritium Card Services<br>865 Merrick Ave 4th Fl<br>Westbury NY 11590 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Chase Bank USA**<br>REMARKS: | | | | $598.59 |
| ACCT #:  xxxx7609<br>United Collection Bureau inc<br>5620 Southwyck Blvd<br>Toledo, OH 43614 | | - | DATE INCURRED: 07/12/10<br>CONSIDERATION:<br>**Collecting for - Citibank SD NA**<br>REMARKS:<br>**#5424180830604911** | | | | $2,781.63 |
| ACCT #:  xxxxxxxxxx4911<br>United Collection Bureau inc<br>5620 Southwyck Blvd<br>Toledo, OH 43614 | | - | DATE INCURRED: 3/10/10<br>CONSIDERATION:<br>**Collecting for - Citibank SD NA**<br>REMARKS: | | | | $2,650.14 |

Sheet no. ___14___ of ___15___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $14,987.80

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lewis Holmes**                                                   Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx 1683**<br>**Viking Collection Service Inc**<br>**PO Box 59207**<br>**Minneapolis MN 55459.0207** | | - | DATE INCURRED: **01/07/10**<br>CONSIDERATION:<br>**Collecting for - Chase Bank**<br>REMARKS:<br>**#5401683055633868** | | | | $792.65 |
| ACCT #:  **xxxxxxxxxxxx0835**<br>**World Fin Ntwk National Bk Recov**<br>**PO Box 182125**<br>**Columbus OH 43218.2125** | | - | DATE INCURRED: **03/02/10**<br>CONSIDERATION:<br>**Collecting for - Lane Bryant**<br>REMARKS: | | | | $547.53 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___15___ of ___15___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | $1,340.18 |
|---|---|---|
|  | Total > | $222,822.17 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **Lewis Holmes**                                           Case No. _____
                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **Lewis Holmes**                                                Case No. _____
                                                                                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re  **Lewis Holmes**

Case No. _____

(if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Divorced** | Relationship(s):  daughter<br>daughter | Age(s): 18<br>15 | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | Mechanic | |
| Name of Employer | Nicor Inc | |
| How Long Employed | 21 years | |
| Address of Employer | PO Box 190<br>Aurora IL 60507 | |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $4,110.17 | |
| 2. | Estimate monthly overtime | $0.00 | |
| 3. | SUBTOTAL | $4,110.17 | |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security if b. is zero) | | |
| | b. Social Security Tax | $329.09 | |
| | c. Medicare | $258.22 | |
| | d. Insurance | $60.38 | |
| | e. Union dues | $529.62 | |
| | f. Retirement | $52.65 | |
| | g. Other (Specify) _____ | $0.00 | |
| | h. Other (Specify) _____ | $0.00 | |
| | i. Other (Specify) _____ | $0.00 | |
| | j. Other (Specify) _____ | $0.00 | |
| | k. Other (Specify) _____ | $0.00 | |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $1,229.96 | |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $2,880.21 | |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8. | Income from real property | $0.00 | |
| 9. | Interest and dividends | $0.00 | |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $350.00 | |
| 11. | Social security or government assistance (Specify): _____ | | |
| 12. | Pension or retirement income | $0.00 | |
| 13. | Other monthly income (Specify): | $0.00 | |
| | a. _____ | $0.00 | |
| | b. _____ | $0.00 | |
| | c. _____ | $0.00 | |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $350.00 | |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $3,230.21 | |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $3,230.21 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE: **Lewis Holmes**                                                    Case No. _____
                                                                                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,875.00 |
|     a. Are real estate taxes included?  ☒ Yes  ☐ No | |
|     b. Is property insurance included?  ☒ Yes  ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | $165.00 |
|            b. Water and sewer | $75.00 |
|            c. Telephone | $165.00 |
|            d. Other:  Cable | $63.00 |
| 3. Home maintenance (repairs and upkeep) | |
| 4. Food | $700.00 |
| 5. Clothing | $150.00 |
| 6. Laundry and dry cleaning | |
| 7. Medical and dental expenses | |
| 8. Transportation (not including car payments) | $120.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|          a. Homeowner's or renter's | |
|          b. Life | |
|          c. Health | |
|          d. Auto | $160.00 |
|          e. Other:   Toiletries | $150.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|          a. Auto: | $350.00 |
|          b. Other: | |
|          c. Other: | |
|          d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other:  Pet food | $50.00 |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, | |
|     if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$4,023.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.**

20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I                           $3,230.21
b. Average monthly expenses from Line 18 above                                 $4,023.00
c. Monthly net income (a. minus b.)                                           ($792.79)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Lewis Holmes**                                            Case No. _____

                                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**30**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  08/01/2010 _____     Signature _~Lewis Holmes~_____

                                                       **Lewis Holmes**

Date _____     Signature _____

                                    [If joint case, both spouses must sign.]

---

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this
document for compensation and have provided the debtor with a copy of this document and the notices and information required
under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h)
setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum
amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

., Petition Preparer    Andria Guerra          336.56.3022
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No.
                                                                             *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the
officer, principal, responsible person, or partner who signs this document.*

**6135 N Northwest Hwy**
**Chicago, IL 60631**

_~Andria Guerra~_____     08/01/2010 _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the
bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for
each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may
result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

In re:   **Lewis Holmes**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $88,225 2009 | Nicor |
| $33,708 2010 | Nicor |

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☑

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Case #10M1 162808 | summons | Richard J. Daley Center Circuit of Cook County, Illinois | pending |

B7 (Official Form 7) (04/10) - Cont.

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re:   **Lewis Holmes**

Case No. _____

(if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None ☑    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☑    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☑    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☑    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| A123 Credit Counselors 703 NW 62nd Avenue, Ste 220 Miami FL 33126 | 8/6/2010 | $30 credit counseling |
| Andria Guerra 6135 N Northwest Hwy Chicago IL 60631 | 8/11/2010 | $262 ($200 software, $50 typing, $12 credit report) |

B7 (Official Form 7) (04/10) - Cont.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

In re:  **Lewis Holmes**                           Case No. _____
                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

**10. Other transfers**

None ☑  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑  b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☑  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑  List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑  If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:  **Lewis Holmes**

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☑ b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☑ a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

None ☑ b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Lewis Holmes**                              Case No. _____

                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None
☑  a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None
☑  b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☑  c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None
☑  d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None
☑  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None
☑  b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None
☑  a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None
☑  b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None
☑  a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None
☑  b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Lewis Holmes**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None ☑  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☑  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  08/01/2010 _____

Signature _____
of Debtor    *Lewis Holmes*

Date _____

Signature _____
of Joint Debtor
(if any)

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:  **Lewis Holmes**

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Andria Guerra, Petition Preparer**
_____           336.56.3022
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer            Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

**6135 N Northwest Hwy**
**Chicago, IL 60631**

_____           08/01/2010
Signature of Bankruptcy Petition Preparer            _____
                                                    Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Lewis Holmes**

CASE NO

CHAPTER    7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:** <br> Sherwin Williams Credit Union <br> 16230 Prince Drive <br> South Holland IL 60473.3233 <br> xxxxxxxxxx0021 | **Describe Property Securing Debt:** <br> Honda Ridgeline - 2008 with 77,000 miles |

Property will be (check one):
- [ ] Surrendered    [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [x] Claimed as exempt    [ ] Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:** <br> None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br><br> YES [ ]    NO [ ] |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date   08/01/2010

Signature _Lewis Holmes_

Date

Signature

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

| Attorney or Party Name, Address and Telephone Number | FOR COURT USE ONLY |
|---|---|
| **Lewis Holmes**<br>**1444 Oxford**<br>**Des Plaines IL 60018**<br>**Debtor(s) in pro per**<br>**(847) 924-4364** | |

| In re:<br>**Lewis Holmes** | CASE NO.: |
|---|---|
| | CHAPTER: **7** |
| | Debtor Address:<br>**1444 Oxford**<br>**Des Plaines IL 60018** |
| Social Security Number: **xxx-xx-5832** | Employer's Tax I.D. Number: |

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1. Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For document preparation services, I have agreed to accept | $250.00 |
| Prior to the filing of this statement I have received | $250.00 |
| Balance Due | $0.00 |

2. I have prepared or caused to be prepared the following documents (itemize):
**bankruptcy documents**

and provided the following services (itemize):
**Software ($200.00), Typing ($50.00)**

3. The source of the compensation paid to me was:
☑ Debtor    ☐ Other (specify)

4. The source of compensation to be paid to me is:
☑ Debtor    ☐ Other (specify)

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge, no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

| Name | SSN |
|---|---|
| **Andria Guerra** | **336.56.3022** |

| In re: **Lewis Holmes** | CASE NUMBER: |
| | CHAPTER:       7 |

# DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

X _~~Andria Guerra~~_____        ~~33856.3022~~_____        08/01/2010_____
                    Signature                         Social Security Number                    Date

Name (Print): _ANDRIA  GUERRA_

Address:       **6135 N Northwest Hwy**
               **Chicago, IL 60631**

---

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

Official Form 23 (10/06)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

IN RE:  **Lewis Holmes**

Case No. _____

_(if known)_

Debtor(s)

## DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

_Every individual debtor in a chapter 7 or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:_

☑ I, _____**Lewis Holmes**_____ , the debtor in the above-styled case, hereby certify that on
(Printed Name of Debtor)

____**8/6/2010**____ (Date), I completed an instructional course in personal financial management provided by
____**A123 Credit Counselors, Inc.**____ , an approved personal financial management provider.
(Name of Provider)

Certificate No.:  **02645-ILN-CC-011908724**

☐ I, _____ , the debtor in the above-styled case, hereby certify that no
(Printed Name of Debtor)
personal financial management course is required because of  _[Check the appropriate box.]_  :

   ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);
   ☐ Active military duty in a military combat zone; or
   ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: _____

Date:  **08/01/2010**

---

_Instructions:_ Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

_Filing Deadlines:_  In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Lewis Holmes**

CASE NO

CHAPTER  **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  08/01/2010 _____

Signature _____
*Lewis Holmes*

Date _____

Signature _____

Academy Collection Service, Inc.
PO Box 16119
Philadelphia, PA 19114-0119


Activity Collection Service, INC.
664 Milwaukee Ave
Prospect Heights, IL 60070


Advocate Lutheran General Hospital
Advocate Health Care
PO Box 73208
Chicago IL 60673.7208


Advocate Lutheran General Hospital
1775 W Dempster
Park Ridge, IL 60068


Advocate Medical Group
1775 W Dempster
Park Ridge, IL 60068


ARM Account Receivable Management, Inc
PO Box 129
Thorofare, NJ 08086-0129


Armor Systems Co
1700 Kiefer Drive, Suite 1
Zion IL 60099.5105


Attorney Arnold Scott Harris
600 W Jackson Blvd, Ste 720
Chicago, IL 60661


Barclays Bank Delaware
1007 N Orange St
Wilmington, DE 19801

Case 10-36275    Doc 1    Filed 08/13/10    Entered 08/13/10 13:54:21    Desc Main
Document      Page 53 of 80

CAC Financial Corp
2601 NW Exprswy, Ste 1000 E
Oklahoma City OK 73112.7236


Capital One
PO Box 71083
Charlotte NC 28272-1083


Capital One Bank (USA), N.A.
PO Box 6492
Carol Stream IL 60197-6492


Central Credit Services Inc.
PO Box 15118
Jacksonville FL 32239.5118


Chase
PO Box 15153
Wilmington, DE 19886-5153


Chase
PO Box 15548
Wilmington, DE 19886-5548


Citi
Box 6000
Processing Center
Las Vegas NV 89163.6000


Citibank, N.A./The Home Depot
701 E 60th street
Sioux Falls, SD 57104


Citicorp Credit Services Inc
PO Box 653095
Dallas TX 75265

Client Services, Inc.
3451 Harry Truman Blvd
St Charles, MO 63301-4047


Comed
Bill Payment Center
Chicago, IL 60668-0002


Computer Credit Service Corp
PO Box 60201
Chicago IL 60660


Cook Law Magistrate
5600 Old Orchard Room
Skokie IL 60077


Corporate Receivables Inc
PO Box 32995
Phoenix AZ 85064-2995


Corporate Receivables, Inc.
PO Box 32995
Phoenix AZ 85064.2995


Creditors Financial Group, LLC
PO Box 440290
Aurora, CO 80044-0290


Diane Copeland
707 Lake Cook Road, Ste 100
Deerfield IL 60015


Elk Grove Village
Photo Enforcement Program
Dept #0125 PO Box 5905
Carol Stream IL 60197.5905

Encore Receivable Managment Inc.
400 N Rogers Road
PO Box 3330
Olathe KS 66063.3330


Enhanced Recovery Corp
8014 Bayberry Road
Jacksonville FL 32256


Equable Ascent Financial LLC
1120 W Lake Cook Road, Ste B
Buffalo Grove IL 60089


Freedman Anselmo Lindberg & Rappe LLC
1807 West Diehl Rd, #333
PO Box 3228
Naperville, IL 60566-7228


GC Services
Collection Agency Division
6330 Gulfton
Houston TX 77081


GE Money Bank
PO Box 960061
Orlando FL 32896-0061


GEMB/JCP
PO Box 984100
El Paso, TX 79998


GEMB/LOWES
PO Box 103065
Roswell, GA 30076


GEMB/Meijer
ATTN:  BK Dept.
PO Box 103104
Roswell GA 30076

GEMB/Meijer
ATTN:  BK Dept
PO Box 103104
Roswell GA 30076


GEMB/SAMS CLUB
PO BOX 981400
EL PASO, TX 79998


Genpact Service LLC
PO Box 960015
Orlando FL 32896.0015


Genpact Service LLC
GEMB/Meijer Mastercard
PO Box 960015
Orlando FL 32896.0015


Global Credit & Collection Corp
PO Box 71083
Charlotte NCX 28272.1083


Harris & Harris LTD
222 Merchandise Mart Plaza,  suite 1900
Chicago, IL 60654


Home Depot Credit Services
PO Box 689100
Des Moines, IA 50368-9100


HSBC Retail Services
PO Box 17298
Baltimore MD 21297-1298


HSBC/Best Buy
PO Box 4144
Carol Stream IL 60197-9195

JC Penney
PO Box 981426
El Paso TX 7998.1426


JC Penney - GEMB
BK Dept Box 103104
Roswell GA 30076


John P Kenney DDS
101 S Washington Suite 114
Park Ridge IL 60068.4290


Juniper Card Services
PO Box 13337
Philadelphia, PA 19101-3337


Kohl's Payment Center
PO Box 2983
Milwaukee WI 53201


Lane Bryant
PO Box 408
Milford OH 45150.0408


Leading Edge Recovery Solutions
5440 N Cumberland Ave, Ste 300
Chicago, IL 60656-1490


Lewis C Holmes
1903 Lakewood
Wilmington IL 60481


Lighthouse Wellness Center
Joanna Hanna
PO Box 21
Manteno IL 60950

Louis S. Freedman
Freedman Anselmo Lindberg LLC
PO Box 3228
Naperville IL 60566.7228

LTD Financial Services, LP
7322 Southwest Freeway, Suite 1600
Houston, TX 77074

LVNV Funding LLC
PO Box 10497
Greenville, SC 29603

Midland Credit Management, Inc
PO Box 60578
Los Angeles, CA 90060.0578

Midland Funding, LLC - GE

Monarch Recovery Managment, Inc.
10965 Decatur Road
Philadelphia PA 19154.3210

National Enterprise Systems (NES)
29125 Solon Road
Solon OH 44139.3442

Nationwide Credit, Inc.
2015 Vaughn Rd NW, Suite 400
Kennesaw GA 30144.7802

NCO Financial Systems Inc
4740 Baxter Road
Virginia Beach VA 23462

NCO Financial Systems, Inc
4740 Baxter Road
Virginia Beach VA 23462


Nelson, Watson & Associates, LLC
80 Merrimack Street Lower Lvl
Haverhill MA 01830


Northstar Location Service
Financial Services Dept.
4285 Genesee St
Cheektowaga NY 14225


Oberweis Dairy
951 Ice Cream Drive
North Aurora IL 60542


Paragon Way, Inc.
PO Box 42829
Austin TX 78704.0044


Pentagroup Financial, LLC
PO Box 742209
Houston, TX 77274-2209


Precision Recovery Analytics


Prof Bur of Collect of Marlyand, Inc.
PO BOX 628
Elk Grove CA 95759.0628


Professional Bureau of Collect. Maryland
PO BOX 628
Elk Grove CA 95759.0628

Resurgent Capital Sercies L.P.
PO Box 10497
Greenville SC 29603


Robert F Harris/Krstin K Woods
Office - Public Guardian No. 70500
69 W Washington St, 7th Floor
Chicago IL 60602


Sentry Credit Inc
PO Box 12070
Everett WA 98206-2070


Sherwin Williams Credit Union
16230 Prince Drive
South Holland IL 60473.3233


Sprint
6391 Sprint Parkway
Overland Park KS 66251.4300


Target NB
PO Box 9475
Minneapolis, MN 55440


Teresa Hoffman Liston
5901 Dempster Street, Suite 200
Morton Grove IL 60053


Tritium Card Services
865 Merrick Ave 4th Fl
Westbury NY 11590


United Collection Bureau inc
5620 Southwyck Blvd
Toledo, OH 43614

Viking Collection Service Inc
PO Box 59207
Minneapolis MN 55459.0207


World Fin Ntwk National Bk Recov
PO Box 182125
Columbus OH 43218.2125

Academy Collection Service,
Inc.
PO Box 16119
Philadelphia, PA 19114-0119

Capital One
PO Box 71083
Charlotte NC 28272-1083

Computer Credit Service Corp
PO Box 60201
Chicago IL 60660

Activity Collection Service,
INC.
664 Milwaukee Ave
Prospect Heights, IL 60070

Capital One Bank (USA), N.A.
PO Box 6492
Carol Stream IL 60197-6492

Cook Law Magistrate
5600 Old Orchard Room
Skokie IL 60077

Advocate Lutheran General
Hospital
Advocate Health Care
PO Box 73208
Chicago IL 60673.7208

Central Credit Services Inc.
PO Box 15118
Jacksonville FL 32239.5118

Corporate Receivables Inc
PO Box 32995
Phoenix AZ 85064-2995

Advocate Lutheran General
Hospital
1775 W Dempster
Park Ridge, IL 60068

Chase
PO Box 15153
Wilmington, DE 19886-5153

Corporate Receivables, Inc.
PO Box 32995
Phoenix AZ 85064.2995

Advocate Medical Group
1775 W Dempster
Park Ridge, IL 60068

Chase
PO Box 15548
Wilmington, DE 19886-5548

Creditors Financial Group, LL
PO Box 440290
Aurora, CO 80044-0290

ARM Account Receivable
Management, Inc
PO Box 129
Thorofare, NJ 08086-0129

Citi
Box 6000
Processing Center
Las Vegas NV 89163.6000

Diane Copeland
707 Lake Cook Road, Ste 100
Deerfield IL 60015

Armor Systems Co
1700 Kiefer Drive, Suite 1
Zion IL 60099.5105

Citibank, N.A./The Home Depot
701 E 60th street
Sioux Falls, SD 57104

Elk Grove Village
Photo Enforcement Program
Dept #0125 PO Box 5905
Carol Stream IL 60197.5905

Attorney Arnold Scott Harris
600 W Jackson Blvd, Ste 720
Chicago, IL 60661

Citicorp Credit Services Inc
PO Box 653095
Dallas TX 75265

Encore Receivable Managment
Inc.
400 N Rogers Road
PO Box 3330
Olathe KS 66063.3330

Barclays Bank Delaware
1007 N Orange St
Wilmington, DE 19801

Client Services, Inc.
3451 Harry Truman Blvd
St Charles, MO 63301-4047

Enhanced Recovery Corp
8014 Bayberry Road
Jacksonville FL 32256

CAC Financial Corp
2601 NW Exprswy, Ste 1000 E
Oklahoma City OK 73112.7236

Comed
Bill Payment Center
Chicago, IL 60668-0002

Equable Ascent Financial LLC
1120 W Lake Cook Road, Ste B
Buffalo Grove IL 60089

Freedman Anselmo Lindberg &
Rappe LLC
1807 West Diehl Rd, #333
PO Box 3228
Naperville, IL 60566-7228

Global Credit & Collection
Corp
PO Box 71083
Charlotte NCX 28272.1083

Lane Bryant
PO Box 408
Milford OH 45150.0408

GC Services
Collection Agency Division
6330 Gulfton
Houston TX 77081

Harris & Harris LTD
222 Merchandise Mart Plaza,
suite 1900
Chicago, IL 60654

Leading Edge Recovery
Solutions
5440 N Cumberland Ave, Ste 30
Chicago, IL 60656-1490

GE Money Bank
PO Box 960061
Orlando FL 32896-0061

Home Depot Credit Services
PO Box 689100
Des Moines, IA 50368-9100

Lewis C Holmes
1903 Lakewood
Wilmington IL 60481

GEMB/JCP
PO Box 984100
El Paso, TX 79998

HSBC Retail Services
PO Box 17298
Baltimore MD 21297-1298

Lighthouse Wellness Center
Joanna Hanna
PO Box 21
Manteno IL 60950

GEMB/LOWES
PO Box 103065
Roswell, GA 30076

HSBC/Best Buy
PO Box 4144
Carol Stream IL 60197-9195

Louis S. Freedman
Freedman Anselmo Lindberg LLC
PO Box 3228
Naperville IL 60566.7228

GEMB/Meijer
ATTN:  BK Dept.
PO Box 103104
Roswell GA 30076

JC Penney
PO Box 981426
El Paso TX 7998.1426

LTD Financial Services, LP
7322 Southwest Freeway, Suite
1600
Houston, TX 77074

GEMB/Meijer
ATTN:  BK Dept
PO Box 103104
Roswell GA 30076

JC Penney - GEMB
BK Dept Box 103104
Roswell GA 30076

LVNV Funding LLC
PO Box 10497
Greenville, SC 29603

GEMB/SAMS CLUB
PO BCX 981400
EL PASO, TX 79998

John P Kenney DDS
101 S Washington Suite 114
Park Ridge IL 60068.4290

Midland Credit Management, In
PO Box 60578
Los Angeles, CA 90060.0578

Genpact Service LLC
PO Box 960015
Orlando FL 32896.0015

Juniper Card Services
PO Box 13337
Philadelphia, PA 19101-3337

Midland Funding, LLC - GE

Genpact Service LLC
GEMB/Meijer Mastercard
PO Box 960015
Orlando FL 32896.0015

Kohl's Payment Center
PO Box 2983
Milwaukee WI 53201

Monarch Recovery Managment,
Inc.
10965 Decatur Road
Philadelphia PA 19154.3210

National Enterprise Systems
(NES)
29125 Solon Road
Solon OH 44139.3442

Prof Bur of Collect of
Marlyand, Inc.
PO BOX 628
Elk Grove CA 95759.0628

United Collection Bureau inc
5620 Southwyck Blvd
Toledo, OH 43614

Nationwide Credit, Inc.
2015 Vaughn Rd NW, Suite 400
Kennesaw GA 30144.7802

Professional Bureau of
Collect. Maryland
PO BOX 628
Elk Grove CA 95759.0628

Viking Collection Service Inc
PO Box 59207
Minneapolis MN 55459.0207

NCO Financial Systems Inc
4740 Baxter Road
Virginia Beach VA 23462

Resurgent Capital Sercies L.P.
PO Box 10497
Greenville SC 29603

World Fin Ntwk National Bk
Recov
PO Box 182125
Columbus OH 43218.2125

NCO Financial Systems, Inc
4740 Baxter Road
Virginia Beach VA 23462

Robert F Harris/Krstin K Woods
Office - Public Guardian No.
70500
69 W Washington St, 7th Floor
Chicago IL 60602

Nelson, Watson & Associates,
LLC
80 Merrimack Street Lower Lvl
Haverhill MA 01830

Sentry Credit Inc
PO Box 12070
Everett WA 98206-2070

Northstar Location Service
Financial Services Dept.
4285 Genesee St
Cheektowaga NY 14225

Sherwin Williams Credit Union
16230 Prince Drive
South Holland IL 60473.3233

Oberweis Dairy
951 Ice Cream Drive
North Aurora IL 60542

Sprint
6391 Sprint Parkway
Overland Park KS 66251.4300

Paragon Way, Inc.
PO Box 42829
Austin TX 78704.0044

Target NB
PO Box 9475
Minneapolis, MN 55440

Pentagroup Financial, LLC
PO Box 742209
Houston, TX 77274-2209

Teresa Hoffman Liston
5901 Dempster Street, Suite
200
Morton Grove IL 60053

Precision Recovery Analytics

Tritium Card Services
865 Merrick Ave 4th Fl
Westbury NY 11590

# UNITED STATES BANKRUPTCY COURT FOR THE

*NORTHERN DISTRICT OF ILLINOIS*
*EASTERN DIVISION (CHICAGO)*

In re:
**Lewis Holmes**

Case No.:
SSN:    <u>xxx-xx-5832</u>
SSN:    _____

Debtor(s)
Address:

## Numbered Listing of Creditors

**1444 Oxford**
**Des Plaines IL 60018**

Chapter:    **7**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.  Academy Collection Service, Inc. PO Box 16119 Philadelphia, PA 19114-0119 xxxx-xxxx-xxxx-7291 | Unsecured Claim | $4,348.74 |
| 2.  Activity Collection Service, INC. 664 Milwaukee Ave Prospect Heights, IL 60070 x6050 | Unsecured Claim | $380.00 |
| 3.  Advocate Lutheran General Hospital Advocate Health Care PO Box 73208 Chicago IL 60673.7208 xxxxx7002 | Unsecured Claim | $60.00 |
| 4.  Advocate Lutheran General Hospital 1775 W Dempster Park Ridge, IL 60068 x xxlmes | Unsecured Claim | $277.00 |
| 5.  Advocate Medical Group 1775 W Dempster Park Ridge, IL 60068 x xxlmes | Unsecured Claim | $800.00 |
| 6.  ARM Account Receivable Management, Inc PO Box 129 Thorofare, NJ 08086-0129 xxxx7081 | Unsecured Claim | $2,786.74 |

in re:  **Lewis Holmes**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7.   Armor Systems Co<br>1700 Kiefer Drive, Suite 1<br>Zion IL 60099.5105<br>xxxxx9816 | Unsecured Claim | $200.00 |
| 8.   Attorney Arnold Scott Harris<br>600 W Jackson Blvd, Ste 720<br>Chicago, IL 60661<br>xxxx6134 | Unsecured Claim | $212.00 |
| 9.   Barclays Bank Delaware<br>1007 N Orange St<br>Wilmington, DE 19801<br>xxxx-xxxx-xxxx-7834 | Unsecured Claim | $1,730.41 |
| 10.   CAC Financial Corp<br>2601 NW Exprswy, Ste 1000 E<br>Oklahoma City OK 73112.7236<br>xxxxxxx2.108 | Unsecured Claim | $697.75 |
| 11.   Capital One<br>PO Box 71083<br>Charlotte NC 28272-1083 | Unsecured Claim | $0.00 |
| 12.   Capital One Bank (USA), N.A.<br>PO Box 6492<br>Carol Stream IL 60197-6492<br>xxxx-xxxx-xxxx-8579 | Unsecured Claim | $4,755.00 |
| 13.   Capital One Bank (USA), N.A.<br>PO Box 6492<br>Carol Stream IL 60197-6492<br>xxxx-xxxx-xxxx-3566 | Unsecured Claim | $2,641.53 |
| 14.   Central Credit Services Inc.<br>PO Box 15118<br>Jacksonville FL 32239.5118<br>xxxx-xxxx-xxxx-4726 | Unsecured Claim | $12,310.32 |
| 15.   Chase<br>PO Box 15153<br>Wilmington, DE 19886-5153<br>xxxx-xxxx-xxxx-3868 | Unsecured Claim | $792.65 |

in re:   **Lewis Holmes**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 16. Chase<br>PO Box 15548<br>Wilmington, DE 19886-5548<br>xxxx-xxxx-xxxx-4750 | Unsecured Claim | $4,602.75 |
| 17. Chase<br>PO Box 15548<br>Wilmington, DE 19886-5548<br>xxxx-xxxx-xxxx-4726 | Unsecured Claim | $12,310.32 |
| 18. Citi<br>Box 6000<br>Processing Center<br>Las Vegas NV 89163.6000<br>xxxx-xxxx-xxxx-4911 | Unsecured Claim | $2,848.67 |
| 19. Citibank, N.A./The Home Depot<br>701 E 60th street<br>Sioux Falls, SD 57104<br>xxxxx xxlmes | Unsecured Claim | $885.24 |
| 20. Citicorp Credit Services Inc<br>PO Box 653095<br>Dallas TX 75265 | Unsecured Claim | $0.00 |
| 21. Client Services, Inc.<br>3451 Harry Truman Blvd<br>St Charles, MO 63301-4047<br>xxxxx3029 | Unsecured Claim | $885.24 |
| 22. Comed<br>Bill Payment Center<br>Chicago, IL 60668-0002<br>xxxxxx1044 | Unsecured Claim | $576.73 |
| 23. Computer Credit Service Corp<br>PO Box 60201<br>Chicago IL 60660<br>xx8494 | Unsecured Claim | $47.00 |
| 24. Cook Law Magistrate<br>5600 Old Orchard Room<br>Skokie IL 60077<br>xxx2566 | Unsecured Claim | $3,924.00 |

in re:   **Lewis Holmes**

_____

Debtor

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 25. Corporate Receivables Inc<br>PO Box 32995<br>Phoenix AZ 85064-2995 | Unsecured Claim | $0.00 |
| 26. Corporate Receivables, Inc.<br>PO Box 32995<br>Phoenix AZ 85064.2995<br>xxx4799 | Unsecured Claim | $2,169.38 |
| 27. Creditors Financial Group, LLC<br>PO Box 440290<br>Aurora, CO 80044-0290<br>xxx9178 | Unsecured Claim | $2,169.38 |
| 28. Diane Copeland<br>707 Lake Cook Road, Ste 100<br>Deerfield IL 60015<br>x xxlmes | Unsecured Claim | $380.00 |
| 29. Elk Grove Village<br>Photo Enforcement Program<br>Dept #0125 PO Box 5905<br>Carol Stream IL 60197.5905<br>xxxxxxxxxxxx9021 | Unsecured Claim | $100.00 |
| 30. Encore Receivable Managment Inc.<br>400 N Rogers Road<br>PO Box 3330<br>Olathe KS 66063.3330<br>xxxx1314 | Unsecured Claim | $12,310.32 |
| 31. Enhanced Recovery Corp<br>8014 Bayberry Road<br>Jacksonvile FL 32256<br>xxxx-xxxx-xxxx-4750 | Unsecured Claim | $4,602.75 |
| 32. Equable Ascent Financial LLC<br>1120 W Lake Cook Road, Ste B<br>Buffalo Grove IL 60089<br>xxx2622 | Unsecured Claim | $12,310.32 |
| 33. Freedman Anselmo Lindberg & Rappe LLC<br>1807 West Diehl Rd, #333<br>PO Box 3228<br>Naperville, IL 60566-7228<br>xxxx2154 | Unsecured Claim | $4,516.89 |

Case No. (if known)

in re:   **Lewis Holmes**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 34. Freedman Anselmo Lindberg & Rappe LLC<br>1807 West Diehl Rd, #333<br>PO Box 3228<br>Naperville, IL 60566-7228<br>xxxx3077 | Unsecured Claim | $2,181.14 |
| 35. GC Services<br>Collection Agency Division<br>6330 Gulfton<br>Houston TX 77081<br>xxxx-xxxx-xxxx-4911 | Unsecured Claim | $2,848.67 |
| 36. GE Money Bank<br>PO Box 960061<br>Orlando FL 32896-0061<br>xxxxxxxxxxxx0600 | Unsecured Claim | $580.02 |
| 37. GEMB/JCP<br>PO Box 984100<br>El Paso, TX 79998<br>xxxxxxxxxxxx5778 | Unsecured Claim | $697.75 |
| 38. GEMB/LOWES<br>PO Box 103065<br>Roswell, GA 30076<br>xxxx-xxxx-xxxx-4649 | Unsecured Claim | $5,404.21 |
| 39. GEMB/Meijer<br>ATTN:  BK Dept.<br>PO Box 103104<br>Roswell GA 30076<br>xxxx-xxxx-xxxx-7291 | Unsecured Claim | $4,348.74 |
| 40. GEMB/Meijer<br>ATTN:  BK Dept<br>PO Box 103104<br>Roswell GA 30076<br>xxxxxxxxxxxx7903 | Unsecured Claim | $1,000.00 |
| 41. GEMB/SAMS CLUB<br>PO BOX 981400<br>EL PASO, TX 79998<br>xxxxxxxxxxxx0600 | Unsecured Claim | $600.00 |
| 42. Genpact Service LLC<br>PO Box 960015<br>Orlando FL 32896.0015<br>x 7903 | Unsecured Claim | $4,242.00 |

in re:   **Lewis Holmes**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 43. Genpact Service LLC<br>GEMB/Meijer Mastercard<br>PO Box 960015<br>Orlando FL 32896.0015<br>xx xxxxxxxx3915 | Unsecured Claim | $4,242.00 |
| 44. Global Credit & Collection Corp<br>PO Box 71083<br>Charlotte NCX 28272.1083<br>xxxx3086 | Unsecured Claim | $2,641.53 |
| 45. Harris & Harris LTD<br>222 Merchandise Mart Plaza,  suite 1900<br>Chicago, IL 60654<br>xxxx7306 | Unsecured Claim | $277.00 |
| 46. Harris & Harris LTD<br>222 Merchandise Mart Plaza,  suite 1900<br>Chicago, IL 60654<br>xxxx5704 | Unsecured Claim | $100.00 |
| 47. Harris & Harris LTD<br>222 Merchandise Mart Plaza,  suite 1900<br>Chicago, IL 60654<br>xxxx6686 | Unsecured Claim | $100.00 |
| 48. Home Depot Credit Services<br>PO Box 689100<br>Des Moines, IA 50368-9100<br>xxxx xxxx xxxx 3948 | Unsecured Claim | $885.00 |
| 49. HSBC Retail Services<br>PO Box 17298<br>Baltimore MD 21297-1298<br>xxxx-xxxx-xxxx-7581 | Unsecured Claim | $2,169.38 |
| 50. HSBC/Best Buy<br>PO Box 4144<br>Carol Stream IL 60197-9195<br>xxxxxxxxxxxx7581 | Unsecured Claim | $2,169.38 |
| 51. JC Penney<br>PO Box 981426<br>El Paso TX 7998.1426<br>xxxxxxxxxxxx5778 | Unsecured Claim | $697.75 |

in re:  **Lewis Holmes**

| | Debtor | Case No. (if known) |
|---|---|---|

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 52. | JC Penney - GEMB<br>BK Dept Box 103104<br>Roswell GA 30076<br>xxxxxxxxxxxx5778 | Unsecured Claim | $697.75 |
| 53. | John P Kenney DDS<br>101 S Washington Suite 114<br>Park Ridge IL 60068.4290<br>xx0093 | Unsecured Claim | $324.80 |
| 54. | Juniper Card Services<br>PO Box 13337<br>Philadelphia, PA 19101-3337<br>x 7834 | Unsecured Claim | $180.00 |
| 55. | Juniper Card Services<br>PO Box 13337<br>Philadelphia, PA 19101-3337<br>xxxx-xxxx-xxxx-7834 | Unsecured Claim | $1,730.41 |
| 56. | Kohl's Payment Center<br>PO Box 2983<br>Milwaukee WI 53201<br>xx-xxxx-x5652 | Unsecured Claim | $679.16 |
| 57. | Lane Bryant<br>PO Box 408<br>Milford OH 45150.0408<br>xxxxxxxxxxxx0835 | Unsecured Claim | $547.53 |
| 58. | Leading Edge Recovery Solutions<br>5440 N Cumberland Ave, Ste 300<br>Chicago, IL 60656-1490<br>xxxx7191 | Unsecured Claim | $2,786.74 |
| 59. | Lewis C Holmes<br>1903 Lakewood<br>Wilmington IL 60481 | Unsecured Claim | $6,500.00 |
| 60. | Lighthouse Wellness Center<br>Joanna Hanna<br>PO Box 21<br>Manteno IL 60950 | Unsecured Claim | $3,600.00 |

in re:   **Lewis Holmes**

_____

| Debtor | | Case No. (if known) |
|---|---|---|
| Creditor name and mailing address | Category of claim | Amount of claim |
| 61.    Louis S. Freedman<br>Freedman Anselmo Lindberg LLC<br>PO Box 3228<br>Naperville IL 60566.7228<br>xxxx xx2808 | Unsecured Claim | $2,641.53 |
| 62.    LTD Financial Services, LP<br>7322 Southwest Freeway, Suite 1600<br>Houston, TX 77074<br>xxx xxxxxxxxxxxx4649 | Unsecured Claim | $5,404.21 |
| 63.    LVNV Funding LLC<br>PO Box 10497<br>Greenville, SC 29603<br>xxxxxxxxxxxx7581 | Unsecured Claim | $2,169.38 |
| 64.    Midland Credit Management, Inc<br>PO Box 60578<br>Los Angeles, CA 90060.0578<br>xxxxxx9719 | Unsecured Claim | $634.00 |
| 65.    Midland Credit Management, Inc<br>PO Box 60578<br>Los Angeles, CA 90060.0578<br>xxxxxx0053 | Unsecured Claim | $4,603.00 |
| 66.    Midland Funding, LLC - GE<br>xxxxxxxxxxxxxx6000 | Unsecured Claim | $580.02 |
| 67.    Monarch Recovery Managment, Inc.<br>10965 Decatur Road<br>Philadelphia PA 19154.3210<br>xxxx5897 | Unsecured Claim | $4,348.74 |
| 68.    National Enterprise Systems (NES)<br>29125 Solon Road<br>Solon OH 44139.3442<br>xxxxx2059 | Unsecured Claim | $5,404.21 |
| 69.    National Enterprise Systems (NES)<br>29125 Solon Road<br>Solon OH 44139.3442<br>xxx8725 | Unsecured Claim | $2,786.74 |

in re:   **Lewis Holmes**

_____

Debtor

| Creditor name and mailing address | Category of claim | Case No. (if known) |
|---|---|---|
| | | Amount of claim |
| 70.  Nationwide Credit, Inc.<br>2015 Vaughn Rd NW, Suite 400<br>Kennesaw GA 30144.7802<br>xxxxxxxxxxx5778 | Unsecured Claim | $697.75 |
| 71.  Nationwide Credit, Inc.<br>2015 Vaughn Rd NW, Suite 400<br>Kennesaw GA 30144.7802<br>xxxxxxxxxxx7903 | Unsecured Claim | $512.43 |
| 72.  NCO Financial Systems Inc<br>4740 Baxter Road<br>Virginia Beach VA 23462<br>xxxx-xxxx-xxxx-3566 | Unsecured Claim | $2,641.53 |
| 73.  NCO Financial Systems, Inc<br>4740 Baxter Road<br>Virginia Beach VA 23462<br>xxxxxxxxxxx5778 | Unsecured Claim | $697.75 |
| 74.  Nelson, Watson & Associates, LLC<br>80 Merrimack Street Lower Lvl<br>Haverhill MA 01830<br>xxxx-xxxx-xxxx-7834 | Unsecured Claim | $1,730.41 |
| 75.  Northstar Location Service<br>Financial Services Dept.<br>4285 Genesee St<br>Cheektowaga NY 14225<br>xx7834 | Unsecured Claim | $1,730.41 |
| 76.  Oberweis Dairy<br>951 Ice Cream Drive<br>North Aurora IL 60542<br>x xxlmes | Unsecured Claim | $47.00 |
| 77.  Paragon Way, Inc.<br>PO Box 42829<br>Austin TX 78704.0044<br>xxxxx2059 | Unsecured Claim | $5,404.21 |
| 78.  Pentagroup Financial, LLC<br>PO Box 742209<br>Houston, TX 77274-2209<br>xxxxxxxxxxxx0499 | Unsecured Claim | $580.02 |

in re:   **Lewis Holmes**

Debtor                                                           Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 79.   Precision Recovery Analytics<br>xxxx-xxxx-xxxx-4649 | Unsecured Claim | $5,404.21 |
| 80.   Prof Bur of Collect of Marlyand, Inc.<br>PO BOX 628<br>Elk Grove CA 95759.0628<br>xxx xxx5238 | Unsecured Claim | $512.43 |
| 81.   Professional Bureau of Collect. Maryland<br>PO BOX 628<br>Elk Grove CA 95759.0628<br>xxx xxx5381 | Unsecured Claim | $4,348.74 |
| 82.   Resurgent Capital Sercies L.P.<br>PO Box 10497<br>Greenville SC 29603<br>x xxlmes | Unsecured Claim | $2,169.38 |
| 83.   Robert F Harris/Krstin K Woods<br>Office - Public Guardian No. 70500<br>69 W Washington St, 7th Floor<br>Chicago IL 60602<br>xxxxx xxlmes | Unsecured Claim | $2,184.00 |
| 84.   Sentry Credit Inc<br>PO Box 12070<br>Everett WA 98206-2070 | Unsecured Claim | $0.00 |
| 85.   Sherwin Williams Credit Union<br>16230 Prince Drive<br>South Holland IL 60473.3233<br>xxxxxxxxxx0021 | Secured Claim | $12,991.00 |
| 86.   Sprint<br>6391 Sprint Parkway<br>Overland Park KS 66251.4300<br>xxxxx4057 | Unsecured Claim | $170.70 |
| 87.   Target NB<br>PO Box 9475<br>Minneapolis, MN 55440<br>xxxx-xxxx-xxxx-5560 | Unsecured Claim | $2,786.74 |

in re:  **Lewis Holmes**
_____
Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 88.  Teresa Hoffman Liston<br>5901 Dempster Street, Suite 200<br>Morton Grove IL 60053<br>xxlmes | Unsecured Claim | $6,000.00 |
| 89.  Tritium Card Services<br>865 Merrick Ave 4th Fl<br>Westbury NY 11590<br>xxxxxxxx5652 | Unsecured Claim | $598.59 |
| 90.  United Collection Bureau inc<br>5620 Southwyck Blvd<br>Toledo, OH 43614<br>xxxx7609 | Unsecured Claim | $2,781.63 |
| 91.  United Collection Bureau inc<br>5620 Southwyck Blvd<br>Toledo, OH 43614<br>xxxxxxxxxx4911 | Unsecured Claim | $2,650.14 |
| 92.  Viking Collection Service Inc<br>PO Box 59207<br>Minneapolis MN 55459.0207<br>xx 1683 | Unsecured Claim | $792.65 |
| 93.  World Fin Ntwk National Bk Recov<br>PO Box 182125<br>Columbus OH 43218.2125<br>xxxxxxxxxxx0835 | Unsecured Claim | $547.53 |

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I,  **Lewis Holmes**
_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing   *Numbered Listing of Creditors,*
consisting of ___11___ sheets (including this declaration), and that it is true and correct to the best of my information and belief.
the best of my information and belief.

Debtor: _____    Date: 08/01/2010
       **Lewis Holmes**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Lewis Holmes**

CASE NO.

CHAPTER   **7**

### Certificate of Service

---

02645-ILN-CC-010534277

Academy Collection Service, Inc.
xxxx-xxxx-xxxx-7291
PO Box 16119
Philadelphia, PA 19114-0119

Attorney Arnold Scott Harris
xxxx6134
600 W Jackson Blvd, Ste 720
Chicago, IL 60661

Chase
xxxx-xxxx-xxxx-3868
PO Box 15153
Wilmington, DE 19886-5153

Activity Collection Service, INC.
x6050
664 Milwaukee Ave
Prospect Heights, IL 60070

Barclays Bank Delaware
xxxx-xxxx-xxxx-7834
1007 N Orange St
Wilmington, DE 19801

Chase
xxxx-xxxx-xxxx-4750
PO Box 15548
Wilmington, DE 19886-5548

Advocate Lutheran General Hospital
xxxxx7002
Advocate Health Care
PO Box 73208
Chicago IL 60673.7208

CAC Financial Corp
xxxxxxx2.108
2601 NW Exprswy, Ste 1000 E
Oklahoma City OK 73112.7236

Chase
xxxx-xxxx-xxxx-4726
PO Box 15548
Wilmington, DE 19886-5548

Advocate Lutheran General Hospital
x xxlmes
1775 W Dempster
Park Ridge, IL 60068

Capital One
PO Box 71083
Charlotte NC 28272-1083

Citi
xxxx-xxxx-xxxx-4911
Box 6000
Processing Center
Las Vegas NV 89163.6000

Advocate Medical Group
x xxlmes
1775 W Dempster
Park Ridge, IL 60068

Capital One Bank (USA), N.A.
xxxx-xxxx-xxxx-8579
PO Box 6492
Carol Stream IL 60197-6492

Citibank, N.A./The Home Depot
xxxxx xxlmes
701 E 60th street
Sioux Falls, SD 57104

ARM Account Receivable Management,
Inc
xxxx7081
PO Box 129
Thorofare, NJ 08086-0129

Capital One Bank (USA), N.A.
xxxx-xxxx-xxxx-3566
PO Box 6492
Carol Stream IL 60197-6492

Citicorp Credit Services Inc
PO Box 653095
Dallas TX 75265

Armor Systems Co
xxxxx9816
1700 Kiefer Drive, Suite 1
Zion IL 60099.5105

Central Credit Services Inc.
xxxx-xxxx-xxxx-4726
PO Box 15118
Jacksonville FL 32239.5118

Client Services, Inc.
xxxxx3029
3451 Harry Truman Blvd
St Charles, MO 63301-4047

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Lewis Holmes**

CASE NO.

CHAPTER   **7**

## Certificate of Service

(Continuation Sheet #1)

---

| | | |
|---|---|---|
| Comed<br>xxxxxx1044<br>Bill Payment Center<br>Chicago, IL 60668-0002 | Elk Grove Village<br>xxxxxxxxxxx9021<br>Photo Enforcement Program<br>Dept #0125 PO Box 5905<br>Carol Stream IL 60197.5905 | GE Money Bank<br>xxxxxxxxxxx0600<br>PO Box 960061<br>Orlando FL 32896-0061 |
| Computer Credit Service Corp<br>xx8494<br>PO Box 60201<br>Chicago IL 60660 | Encore Receivable Managment Inc.<br>xxxx1314<br>400 N Rogers Road<br>PO Box 3330<br>Olathe KS 66063.3330 | GEMB/JCP<br>xxxxxxxxxxx5778<br>PO Box 984100<br>El Paso, TX 79998 |
| Cook Law Magistrate<br>xxx2566<br>5600 Old Orchard Room<br>Skokie IL 60077 | Enhanced Recovery Corp<br>xxxx-xxxx-xxxx-4750<br>8014 Bayberry Road<br>Jacksonville FL 32256 | GEMB/LOWES<br>xxxx-xxxx-xxxx-4649<br>PO Box 103065<br>Roswell, GA 30076 |
| Corporate Receivables Inc<br>PO Box 32995<br>Phoenix AZ 85064-2995 | Equable Ascent Financial LLC<br>xxx2622<br>1120 W Lake Cook Road, Ste B<br>Buffalo Grove IL 60089 | GEMB/Meijer<br>xxxx-xxxx-xxxx-7291<br>ATTN:  BK Dept.<br>PO Box 103104<br>Roswell GA 30076 |
| Corporate Receivables, Inc.<br>xxx4799<br>PO Box 32995<br>Phoenix AZ 85064.2995 | Freedman Anselmo Lindberg & Rappe LLC<br>xxxx2154<br>1807 West Diehl Rd, #333<br>PO Box 3228<br>Naperville, IL 60566-7228 | GEMB/Meijer<br>xxxxxxxxxxx7903<br>ATTN:  BK Dept<br>PO Box 103104<br>Roswell GA 30076 |
| Creditors Financial Group, LLC<br>xxx9178<br>PO Box 440290<br>Aurora, CO 80044-0290 | Freedman Anselmo Lindberg & Rappe LLC<br>xxxx3077<br>1807 West Diehl Rd, #333<br>PO Box 3228<br>Naperville, IL 60566-7228 | GEMB/SAMS CLUB<br>xxxxxxxxxxx0600<br>PO BOX 981400<br>EL PASO, TX 79998 |
| Diane Copeland<br>x xxlmes<br>707 Lake Cook Road, Ste 100<br>Deerfield IL 60015 | GC Services<br>xxxx-xxxx-xxxx-4911<br>Collection Agency Division<br>6330 Gulfton<br>Houston TX 77081 | Genpact Service LLC<br>x 7903<br>PO Box 960015<br>Orlando FL 32896.0015 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

IN RE:   **Lewis Holmes**

CASE NO.

CHAPTER   **7**

## Certificate of Service

(Continuation Sheet #2)

---

Genpact Service LLC
xx xxxxxxxx3915
GEMB/Meijer Mastercard
PO Box 960015
Orlando FL 32896.0015

HSBC/Best Buy
xxxxxxxxxxxx7581
PO Box 4144
Carol Stream IL 60197-9195

Lane Bryant
xxxxxxxxxxxx0835
PO Box 408
Milford OH 45150.0408

Global Credit & Collection Corp
xxxx3086
PO Box 71083
Charlotte NCX 28272.1083

JC Penney
xxxxxxxxxxxx5778
PO Box 981426
El Paso TX 7998.1426

Leading Edge Recovery Solutions
xxxx7191
5440 N Cumberland Ave, Ste 300
Chicago, IL 60656-1490

Harris & Harris LTD
xxxx7306
222 Merchandise Mart Plaza,  suite 1900
Chicago, IL 60654

JC Penney - GEMB
xxxxxxxxxxxx5778
BK Dept Box 103104
Roswell GA 30076

Lewis C Holmes
1903 Lakewood
Wilmington IL 60481

Harris & Harris LTD
xxxx5704
222 Merchandise Mart Plaza,  suite 1900
Chicago, IL 60654

John P Kenney DDS
xx0093
101 S Washington Suite 114
Park Ridge IL 60068.4290

Lighthouse Wellness Center
Joanna Hanna
PO Box 21
Manteno IL 60950

Harris & Harris LTD
xxxx6686
222 Merchandise Mart Plaza,  suite 1900
Chicago, IL 60654

Juniper Card Services
x 7834
PO Box 13337
Philadelphia, PA 19101-3337

Louis S. Freedman
xxxx xx2808
Freedman Anselmo Lindberg LLC
PO Box 3228
Naperville IL 60566.7228

Home Depot Credit Services
xxxx xxxx xxxx 3948
PO Box 689100
Des Moines, IA 50368-9100

Juniper Card Services
xxxx-xxxx-xxxx-7834
PO Box 13337
Philadelphia, PA 19101-3337

LTD Financial Services, LP
xxx xxxxxxxxxxx4649
7322 Southwest Freeway, Suite 1600
Houston, TX 77074

HSBC Retail Services
xxxx-xxxx-xxxx-x7581
PO Box 17298
Baltimore MD 21297-1298

Kohl's Payment Center
xx-xxxx-x5652
PO Box 2983
Milwaukee WI 53201

LVNV Funding LLC
xxxxxxxxxxxx7581
PO Box 10497
Greenville, SC 29603

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Lewis Holmes**

CASE NO.

CHAPTER   7

### Certificate of Service

(Continuation Sheet #3)

---

| | | |
|---|---|---|
| Midland Credit Management, Inc<br>xxxxxx9719<br>PO Box 60578<br>Los Angeles, CA 90060.0578 | Nationwide Credit, Inc.<br>xxxxxxxxxxxx7903<br>2015 Vaughn Rd NW, Suite 400<br>Kennesaw GA 30144.7802 | Pentagroup Financial, LLC<br>xxxxxxxxxxxxx0499<br>PO Box 742209<br>Houston, TX 77274-2209 |
| Midland Credit Management, Inc<br>xxxxxx0053<br>PO Box 60578<br>Los Angeles, CA 90060.0578 | NCO Financial Systems Inc<br>xxxx-xxxx-xxxx-3566<br>4740 Baxter Road<br>Virginia Beach VA 23462 | Precision Recovery Analytics<br>xxxx-xxxx-xxxx-4649 |
| Midland Funding, LLC - GE<br>xxxxxxxxxxxxxx6000 | NCO Financial Systems, Inc<br>xxxxxxxxxxxx5778<br>4740 Baxter Road<br>Virginia Beach VA 23462 | Prof Bur of Collect of Marlyand, Inc.<br>xxx xxx5238<br>PO BOX 628<br>Elk Grove CA 95759.0628 |
| Monarch Recovery Managment, Inc.<br>xxxx5897<br>10965 Decatur Road<br>Philadelphia PA 19154.3210 | Nelson, Watson & Associates, LLC<br>xxxx-xxxx-xxxx-7834<br>80 Merrimack Street Lower Lvl<br>Haverhill MA 01830 | Professional Bureau of Collect.<br>Maryland<br>xxx xxx5381<br>PO BOX 628<br>Elk Grove CA 95759.0628 |
| National Enterprise Systems (NES)<br>xxxxx2059<br>29125 Solon Road<br>Solon OH 44139.3442 | Northstar Location Service<br>xx7834<br>Financial Services Dept.<br>4285 Genesee St<br>Cheektowaga NY 14225 | Resurgent Capital Sercies L.P.<br>x xxlmes<br>PO Box 10497<br>Greenville SC 29603 |
| National Enterprise Systems (NES)<br>xxx8725<br>29125 Solon Road<br>Solon OH 44139.3442 | Oberweis Dairy<br>x xxlmes<br>951 Ice Cream Drive<br>North Aurora IL 60542 | Robert F Harris/Krstin K Woods<br>xxxxx xxlmes<br>Office - Public Guardian No. 70500<br>69 W Washington St, 7th Floor<br>Chicago IL 60602 |
| Nationwide Credit, Inc.<br>xxxxxxxxxxxx5778<br>2015 Vaughn Rd NW, Suite 400<br>Kennesaw GA 30144.7802 | Paragon Way, Inc.<br>xxxxx2059<br>PO Box 42829<br>Austin TX 78704.0044 | Sentry Credit Inc<br>PO Box 12070<br>Everett WA 98206-2070 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Lewis Holmes**

CASE NO.

CHAPTER   **7**

## Certificate of Service

(Continuation Sheet #4)

Sherwin Williams Credit Union
xxxxxxxxxx0021
16230 Prince Drive
South Holland IL 60473.3233

Viking Collection Service Inc
xx 1683
PO Box 59207
Minneapolis MN 55459.0207

Sprint
xxxxx4057
6391 Sprint Parkway
Overland Park KS 66251.4300

World Fin Ntwk National Bk Recov
xxxxxxxxxxxx0835
PO Box 182125
Columbus OH 43218.2125

Target NB
xxxx-xxxx-xxxx-5560
PO Box 9475
Minneapolis, MN 55440

Teresa Hoffman Liston
xxlmes
5901 Dempster Street, Suite 200
Morton Grove IL 60053

Tritium Card Services
xxxxxxxx5652
865 Merrick Ave 4th Fl
Westbury NY 11590

United Collection Bureau inc
xxxx7609
5620 Southwyck Blvd
Toledo, OH 43614

United Collection Bureau inc
xxxxxxxxxxxx4911
5620 Southwyck Blvd
Toledo, OH 43614